1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
7     E-Mail: Theophous.reagans@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11                **SACRAMENTO DIVISION**

12 GERALD RAY OSBORNE,            )     CIVIL NO. S-08-1870 DAD
                                  )
13      Plaintiff,                )     STIPULATION FOR EXTENSION OF TIME
                                  )     TO FILE DEFENDANT'S MOTION AND
14          v.                    )     ORDER
                                  )
15 MICHAEL J. ASTRUE,             )
   Commissioner of               )
16 Social Security,               )
                                  )
17      Defendant.                )
                                  )
18 _____)

19      IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension of time up to and through August 5, 2009, in

21 which to respond to Plaintiff's Motion for Summary Judgment.  This extension is requested because the

22 parties are considering settlement.  Counsel apologizes for the delay and inconvenience and respectfully

23 requests that the court grant this unopposed request for extension.

24 /////

25 /////

26 /////

27 /////

28 /////

Dated:    July 6, 2009                          /s/ Bess M. Brewer
                                                *(As authorized via e-mail)*
                                                BESS M. BREWER
                                                Attorney for Plaintiff


                                                LAWRENCE G. BROWN
                                                Acting United States Attorney
                                                LUCILLE GONZALES MEIS
                                                Regional Chief Counsel, Region IX


Dated:    July 6, 2009                  By:     /s/ Theophous H. Reagans
                                                THEOPHOUS H. REAGANS
                                                Special Assistant United States Attorney


      PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 6, 2009.



_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE



Ddad1/orders.socsec/osborne1870.ext.rsp

2